IN THE BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| IAN DAVID BENNETT and | : | Case No.: 5-25-bk-03081-MJC |
| VICTORIA ANN BENNETT, | : | |
| | : | |
| Debtors | : | |
| | : | |
| BRIAN M. SMITH and | : | |
| SAVANNAH SMITH, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| IAN DAVID BENNETT and | : | |
| VICTORIA ANN BENNETT, | : | |
| | : | Adv. Pro. No. 5:26-ap-00004-MJC |
| Defendants | : | |

## BRIAN M. SMITH and SAVANNAH SMITH'S WITHDRAWAL OF THEIR ADVERSARY COMPLAINT AND REQUEST TO CANCEL HEARING

The Creditors/Objectors above-named, BRIAN M. SMITH and SAVANNAH SMITH, by and through their attorney, ANDREW J. KATSOCK, III, Esquire, hereby respectfully moves to withdraw their Adversary Complaint/Objections to Discharge in the above matter, and in support of thereof states as follows:

1. The Creditors/Objectors/Movants, Brian M. Smith and Savannah Smith, filed an adversary complaint to determine the dischargeability of debts in the above-matter.

2. A Hearing on the adversary complaint has not yet been scheduled before the Court.

3. The Movants requests permission of the Court to withdraw its Motion for Relief from the Automatic Stay and to cancel the Hearing thereon.

WHEREFORE, the Movant/Creditor/Objector above-named, SHARUN, LLC, respectfully requests that the Court enter the Order permitting it to withdraw its Adversary Complaint/Objections to Discharge in the above matter.

Respectfully submitted,

_____
ANDREW J. KATSOCK, III, Esquire
Attorney for Movants/Creditors, Brian M. Smith and Savannah Smith
15 Sunrise Drive, Wilkes-Barre, PA 18705
Telephone (570) 829-5884
Facsimile (570) 970-3730
ajkesq@comcast.net

IN THE BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| IAN DAVID BENNETT and | : | Case No.: 5-25-bk-03081-MJC |
| VICTORIA ANN BENNETT, | : | |
| | : | |
| Debtors | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| BRIAN M. SMITH and | : | |
| SAVANNAH SMITH, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| IAN DAVID BENNETT and | : | |
| VICTORIA ANN BENNETT, | : | |
| | : | Adv. Pro. No. 5:26-ap-00004-MJC |
| Defendants | : | |
| | : | |

## DECLARATION AND PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15 Sunrise Drive, Wilkes-Barre, PA 18705. A true and correct copy of BRIAN M. SMITH and SAVANNAH SMITH'S WITHDRAWAL OF THEIR ADVERSARY COMPLAINT AND REQUEST TO CANCEL HEARING was served upon:

Ian Bennett
Victoria Bennett
216 West Main Street
Glen Lyon, Pennsylvania 18617

Vincent Rubino, Esquire
P.O. Box 511
Stroudsburg, PA 18360-0511

Lisa Ann Rynard, Esquire
Chapter 7 Bankruptcy Trustee
240 Broad Street
Montoursville, PA 17754

on February ___17___, 2026 via ECF/CM electronic filing pursuant to controlling General Orders and LBR. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
ANDREW J. KATSOCK, III, Esquire
Attorney for Movants/Creditors, Brian M. Smith and Savannah Smith
15 Sunrise Drive, Wilkes-Barre, PA 18705
Telephone (570) 829-5884
Facsimile (570) 970-3730
ajkesq@comcast.net

IN THE BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 7 |
| IAN DAVID BENNETT and VICTORIA ANN BENNETT, | Case No.: 5-25-bk-03081-MJC |
| Debtors | |
| BRIAN M. SMITH and SAVANNAH SMITH, | |
| Plaintiffs, | |
| vs. | |
| IAN DAVID BENNETT and VICTORIA ANN BENNETT, | |
| Defendants | Adv. Pro. No. 5:26-ap-00004-MJC |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2026, upon consideration of the BRIAN M. SMITH and SAVANNAH SMITH'S WITHDRAWAL OF THEIR ADVERSARY COMPLAINT AND REQUEST TO CANCEL HEARING, it is hereby ORDERED that the adversary complaint shall be permitted to be voluntarily withdrawn.

MARK J. CONWAY, Judge